1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10   BENJAMIN SALOFI ASAELI,                    CASE NO. 12-5613 RJB/KLS

11                    Petitioner,              ORDER ADOPTING REPORT AND
                                               RECOMMENDATION AND
12        v.                                   DENYING APPLICATION TO
                                               PROCEED IN FORMA PAUPERIS
13   RON FRAKER,

14                    Respondent.

15

16        This matter comes before the Court on the Report and Recommendation to Deny

17   Petitioner's IFP Application.  Dkt. 5.  The Court has considered the relevant documents,

18   including Petitioner's objections, and the remainder of the record herein.

19        On July 10, 2012, Petitioner filed an application to proceed in forma pauperis.  Dkt. 1.

20   The same day, he filed a proposed petition for writ of habeas corpus and paid the $5.00 filing

21   fee.  On July 23, 2012, the Magistrate Judge Karen L. Strombom issued a Report and

22   Recommendation, recommending that the Court deny the application to proceed in forma

23   pauperis because Petitioner had paid the $5.00 filing fee in this case.  Dkt. 5.

24

1       On August 16, 2012 , Petitioner filed objections to the Report and Recommendation.

2    Dkt. 4.  He contends that despite the fact that he paid the filing fee, he has very little in his

3    account and so his application to proceed in forma pauperis should be granted.  *Id.*

4                    DISCUSSION AND CONCLUSION

5       The district court may permit indigent litigants to proceed in forma pauperis upon

6    completion of a proper affidavit of indigency.  *See* 28 U.S.C. § 1915(a).  However, the court has

7    broad discretion in denying an application to proceed in forma pauperis.  *Weller v. Dickson*, 314

8    F.2d 598 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963).

9       It appears that Petitioner had the cash to pay the filing fee and did so.  Accordingly, the

10    Court should adopt the Report and Recommendation and deny Petitioner's motion to proceed in

11    forma pauperis.

12       Therefore, it is hereby **ORDERED** that:

13          &bull;  The Report and Recommendation to Deny Plaintiff's IFP Application (Dkt. 5) is

14             **ADOPTED;**

15          &bull;  Plaintiff's application to Proceed In Forma Pauperis (Dkt. 1) is **DENIED**.

16       The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge

17    Karen L. Strombom, all counsel of record, and to any party appearing *pro se* at said party's last

18    known address.

19       Dated this 20th day of August, 2012.

20

21

22    ROBERT J. BRYAN
            United States District Judge

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION AND DENYING
APPLICATION TO PROCEED IN FORMA
PAUPERIS- 2