UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BENJAMIN SALOFI ASAELI,

              Petitioner,

   v.

RON FRAKER,

             Respondent.

NO. C12-5613 RJB/KLS

ORDER LIFTING STAY, GRANTING MOTION TO AMEND AND SETTING BRIEFING SCHEDULE

By Order dated October 22, 2012, this habeas proceeding was stayed pending resolution of Petitioner's state court proceedings. ECF No. 18. On March 14, 2013, Petitioner filed a motion to supplement his habeas petition to include his now exhausted claims. ECF No. 19. On April 1, 2013, Respondent filed a notice advising that on March 6, 2013, the state court issued an order denying Petitioner's motion to modify and the Washington Court of Appeals issued the certificate of finality on March 21, 2013. ECF No. 20.

Accordingly, it is **ORDERED:**

(1) The stay of this matter is **LIFTED.**

(2) Petitioner's motion to supplement his petition (ECF No. 19) is **GRANTED.**

(3) Respondent shall file an answer to the petition (ECF No. 2) and supplement (ECF No. 19) within thirty (30) days of the date of this Order. Upon receipt of the answer, the Clerk will note the matter for consideration on the fourth Friday after the answer is filed, Petitioner may file and serve a response not later than on the Monday immediately preceding

ORDER -1

1 the Friday appointed for consideration of the matter, and Respondent may file and serve a reply

2 brief not later than the Friday designated for consideration of the matter.

3     (2)    The Clerk shall send a copy of this Order to Petitioner and counsel for

4 Respondent.

6     **DATED** this __22nd__ day of April, 2013.

                                                  Karen L. Strombom
                                                United States Magistrate Judge

ORDER - 2